# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDREW PERRONG,<br><br>             Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION,<br><br>             Defendant. | Case Number: 1:20-cv-01506<br><br>Honorable Judge Harry D. Leinenweber<br><br>**NOTICE OF SETTLEMENT** |

Now come the Plaintiff, ANDREW PERRONG, and the Defendant, THE ALLSTATE CORPORATION, by and through their undersigned attorneys, and hereby notify the Court that they have reached a settlement to this matter. The Parties anticipate they will be able to submit a Stipulation of Dismissal with Prejudice within 60 days. The Parties request the Court remove this case from its active docket, strike all upcoming hearings and deadline, and allow the Parties until October 15, 2021 to submit a Stipulation of Dismissal.

RESPECTFULLY SUBMITTED,

ANDREW PERRONG

By: /s/ David B. Levin
     Attorney for Plaintiff
     Law Offices of Todd M. Friedman, PC
     333 Skokie Blvd.
     Suite 103
     Northbrook, IL 60062
     Phone: (224) 218-0882
     dlevin@toddflaw.com

RESPECTFULLY SUBMITTED,

THE ALLSTATE CORPORATION

/s/ Lewis S. Wiener
Attorney for Defendant
Eversheds-Sutherland (US) LLP
700 Sixth Street, N.W.
Suite 700
Washington, DC 20001
Phone: (202) 383-0140
lewiswiener@eversheds-sutherland.com

## CERTIFICATE OF SERVICE

I, David B. Levin , hereby certify that, on August 16, 2021, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff