**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW PERRONG,<br><br>                   Plaintiff,<br><br>v.<br><br><br>THE ALLSTATE CORPORATION,<br><br>                   Defendant. | Case Number:  1:20-cv-01506<br><br><br>Honorable Judge Harry D. Leinenweber |

### AGREED STIPULATION OF DISMISSAL

Plaintiff, ANDREW PERRONG, and Defendant, THE ALLSTATE CORPORATION, by and through their attorneys, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.


| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| ANDREW PERRONG | THE ALLSTATE CORPORATION |
| By:   /s/ David B. Levin<br>       Attorney for Plaintiff<br>       Law Offices of Todd M. Friedman, PC<br>       111 W. Jackson Blvd.<br>       Suite 1700<br>       Chicago, IL 60604<br>       Phone: (224) 218-0882<br>       dlevin@toddflaw.com | /s/ Lewis S. Wiener<br>Attorney for Defendant<br>Eversheds-Sutherland (US) LLP<br>700 Sixth Street, N.W.<br>Suite 700<br>Washington, DC 20001<br>Phone: (202) 383-0140<br>lewiswiener@eversheds-sutherland.com |

## CERTIFICATE OF SERVICE

I, David B. Levin , hereby certify that, on November 1, 2021, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff